# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MARY EVELYN SENECAL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No. 4:19cv415-MW/CAS

BANK OF AMERICA,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted." The Clerk shall also close the file.

**SO ORDERED on September 26, 2019.**

                                         **s/ MARK E. WALKER**
                                         **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk of this Court advised of her current mailing address as evidenced return mail. ECF Nos. 5 and 6.